466 A.2d 724

Commonwealth v. Parks, Appellant.

Submitted April 13, 1983. Anne L. Wall, Assistant Public Defender, for appellant; Kenneth D. Brown, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and POPOVICH, JJ.

Judgment of sentence affirmed.